IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEETA D. JOELL | : | CIVIL ACTION |
| | : | NO. 13-3549 |
| vs. | : | |
| NORTHWESTERN HUMAN SERVICES, et al. | : | |

ORDER

AND NOW, this 29th day of October, 2013, upon consideration of the motion of defendants Northwestern Human Services, Beth Caraccio and Catlin Lewis to dismiss plaintiff Seeta Joell's complaint and plaintiff's response thereto, it is hereby ORDERED that the motion is GRANTED and plaintiff's complaint is DISMISSED.

   /s/ Thomas O'Neill
THOMAS N. O'NEILL, JR., J.